IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BENNIE A. MONTEZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-25-CV-01314-FB |
| | § | |
| CARRINGTON MORTGAGE SERVICES LLC, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge, filed in the above-captioned cause on July 8, 2026. (ECF No. 11). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 11) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's Motion to Remand to State Court (ECF No. 2) is DENIED, the Amended Complaint (ECF No. 3) is

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

STRICKEN, and Erica Mendoza Montez is TERMINATED as a Defendant in this case. This case remains referred to the Magistrate Judge for further pretrial proceedings.

It is so ORDERED.

SIGNED this 31st day of August, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE

.